ROBERT UTZLER *v.* JOHN A. BRACA, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32194) is denied.

*John A. Braca, Jr.,* pro se, in support of the petition.

*Michael J. Leventhal,* in opposition.

Decided September 29, 2010

MAUREEN NOONAN *v.* PAUL NOONAN

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 184 (AC 30729), is denied.

*Richard C. Stewart,* in support of the petition.

*Paul Noonan,* pro se, and *Sharon Wicks Dornfeld,* in opposition.

Decided October 7, 2010

ROBERT L. ALEXANDER *v.* NANCY LOU TYSON, ADMINISTRATRIX (ESTATE OF ALBERT A. ALEXANDER)

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 493 (AC 30755), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Robert L. Alexander,* pro se, in support of the petition.

*E. J. Robbin Greenspan* and *Matthew T. Wax-Krell,* in opposition.

Decided October 7, 2010